JEFFREY A. COHEN, STATE BAR NO. 186420
LAW OFFICE OF JEFFREY A. COHEN
15338 CENTRAL AVENUE
CHINO CA 91710
TELEPHONE:  (310) 650-6015
E-MAIL: JAC@COHEN-LAWFIRM.COM

Attorney for plaintiff PACIFIC BEND, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PACIFIC BEND, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WEST AMERICAN INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No.  5:22-cv-01233 SSS (KKx)<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT:**

**PLEASE TAKE NOTICE** that on April 25, 2024, plaintiff PACIFIC BEND, INC. and defendant WEST AMERICAN INSURANCE COMPANY successfully engaged in private Mediation and entered into a signed stipulation for settlement of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 26, 2024

*JEFFREY COHEN*

Jeffrey A. Cohen

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am an attorney at law and a member in good standing of the California State Bar. My business address is 15338 Central Avenue, Chino CA 91710. On April 26, 2024, I served the attorneys for the interested parties in this case the following document(s):

**NOTICE OF SETTLEMENT**

I served the document(s) by e-mail to the following attorneys of record:

| | |
|---|---|
| BLAKE J. RUSSUM (SBN 258031)<br>KIM KARELIS (SBN 170268)<br>ROPERS MAJESKI PC<br>535 Middlefield Road, Suite 245<br>Menlo Park, CA 94025<br>Telephone: 650.364.8200<br>Facsimile: 650.780.1701<br>Email: blake.russum@ropers.com<br>kim.karelis@ropers.com | Attorneys for Defendant<br>West American Insurance Company |

I certify under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: April 26, 2024         *s/JEFFREY A. COHEN*
                              Jeffrey A. Cohen