BLAKE J. RUSSUM (SBN 258031)
KIM KARELIS (SBN 170268)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone: 650.364.8200
Facsimile: 650.780.1701
Email: blake.russum@ropers.com
kim.karelis@ropers.com

Attorneys for Defendant
West American Insurance Company

JEFFREY A. COHEN (SBN 186420)
LAW OFFICE OF JEFFREY A. COHEN
15338 Central Avenue
Chino CA 91710
Telephone: 310.650.6015
Email: jac@cohen-lawfirm.com

Attorney for Plaintiff Pacific Bend, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PACIFIC BEND, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and DOES 1- 50,<br><br>Defendants. | Case No. 5:22−cv−01233 SSS (KKx)<br><br>**STIPULATION TO DISMISS ENTIRE ACTION** |

**WHEREAS,** the parties in this action have entered into a settlement agreement that resolves this entire action (the "Settlement Agreement");

**WHEREAS**, certain pending terms and performance under the Settlement Agreement are expected to be completed by June 5, 2024;

4858-3806-0076.1

STIPULATION TO DISMISS ENTIRE ACTION

1  **WHEREAS**, the parties therefore wish to dismiss this entire action with prejudice on or after June 10, 2024, provided said terms and performance are completed prior thereto, while retaining all rights under the Settlement Agreement;

4  **WHEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff PACIFIC BEND, INC., and Defendant WEST AMERICAN INSURANCE COMPANY, by and through their respective attorneys of record and pursuant to Fed. R. Civ. P. 41(a)(1) (A)(ii), that, unless plaintiff moves *ex parte* to extend the dismissal date or to reopen the case by June 5, 2024, the within action shall be dismissed with prejudice on or after June 10, 2024, with each party retaining all rights under the Settlement Agreement; with each party to bear its own costs.

**IT IS SO STIPULATED.**

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated: May 28, 2024   LAW OFFICE OF JEFFREY A. COHEN

By: s/***JEFFREY A. COHEN***
JEFFREY A. COHEN
Attorney for Plaintiff Pacific Bend, Ins.

Dated: May 28, 2024   ROPERS MAJESKI PC

By: ***s/KIM KARELIS***
BLAKE J. RUSSUM
KIM KARELIS
Attorneys for Defendant
West American Insurance Company

4858-3806-0076.1

- 2 -   STIPULATION TO DISMISS ENTIRE ACTION